UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

12 SEP 21 PM 4: 29

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12CR2365 JM |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| DEMETRIUS TRE DELL'ARSINA, | |
| Defendant. | |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

21:952 AND 960 - IMPORTATION OF METHAMPHETAMINE (FELONY)

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: September 20. 2012

Jeffrey T. Miller
U.S. District Judge